UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGETTE L. ALBAUGH,

      Plaintiff,        CIVIL ACTION NO. 14-cv-10963

  v.

COMMISSIONER OF        MAGISTRATE JUDGE MONA K. MAJZOUB
SOCIAL SECURITY,

      Defendant.
_____/

## JUDGMENT

In accordance with the Court's "Opinion and Order" dated March 11, 2015,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Bridgette L. Albaugh and against Defendant Commissioner of Social Security and that this action is **REMANDED** to the Commissioner under 42 U.S.C. § 405(g) for further proceedings.

Dated:  March 11, 2015        s/ Mona K. Majzoub
                                     MONA K. MAJZOUB
                                     UNITED STATES MAGISTRATE JUDGE


## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: March 11, 2015        s/ Lisa C. Bartlett
                                     Case Manager